UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) ) <br> ) | 1:17-MJ-25 |

### APPLICATION FOR ORDER PERMITTING NOTICE TO SUBSCRIBER

Comes now the United States of America, by and through undersigned counsel, and requests that the Court modify its previous order to permit AT&T (the "Provider") to notify the subscriber or customer of the existence of certain investigative legal process relating to his or her account, should the Provider wish to do so.

The Provider is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). On June 13, 2017, this Court ordered the Provider to produce certain information to the government pertaining to the account 361-522-9948. Pursuant to 18 U.S.C. § 2705(b), the Court ordered the Provider not to notify anyone other than counsel for the Provider of the existence of the investigative legal process. See 18 U.S.C. § 2705(b). The Order specified that it would continue until further order of the Court.

The government has assessed the information produced by the Provider and determined that the previous reasoning for complete nondisclosure no longer exists. Accordingly, the United States now seeks to modify the Court's previous order to permit the Provider to make a notification to the subscriber or customer about the investigative legal process relating to his or

her account. The United States further requests that this application, the Court's resulting Order, and all previously sealed documents in this matter be unsealed.

Respectfully submitted,

JAMES D. DURHAM
ACTING UNITED STATES ATTORNEY

_____
Jennifer G. Solari
Assistant U.S. Attorney
22 Barnard Street, Suite 300
Savannah, GA 31401

2